$50 FEE PAID
#119 821
FEE NOT PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

JAN 2 7 2003

| | | |
|---|---|---|
| **Tara T. Spellman** | * | |
| Plaintiff(s) | * | |
| | | Case No.: **JFM-03-0010** |
| vs. | * | |
| **Accor North America, Inc.** | * | |
| Defendant(s) | | |
| | ***** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Scott H. Phillips**_____, am a member in good standing of the bar of

this Court. My bar number is **013244**_____. I am moving the admission of

**David R. Noteware**_____ to appear *pro hac vice* in this case as

counsel for **Accor North America, Inc.**_____.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| **Texas** | **1966** |
| **U.S. District Court (Texas)** | |
| **Northern District** | **8/14/68** |
| **Southern District** | **5/7/93** |
| **Eastern District** | **3/13/74** |
| **Western District** | **4/17/01** |
| **U.S. Ct. of Appeals - 5th Cir.** | **10/1/81** |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or __**Robert E. Scott, Jr.**__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

**ScoTT H. PhilliPs**
Printed Name

**Semmes, Bowen & Semmes**
Firm

**250 West Pratt Street**
**Baltimore, Maryland 21201**
Address

**410-539-5040**
Telephone Number

**410-539-5223**
Fax Number

PROPOSED ADMITTEE

_____
Signature

**DaviD R NotewARe**
Printed Name

**Thompson & Knight, LLP**
Firm

**1700 Pacific Ave., Ste. 3300**
**Dallas, Texas 75201**
Address

**214-969-~~1261~~ /43₂**
Telephone Number

**214-999-~~9047~~ /543**
Fax Number

*************************************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

**Felicia C. Cannon**

_____    _____
Date  *1-30-03*

Clerk, United States District Court
by: _____