IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TARA T. SPELLMAN                          *
    Plaintiff
                                                *

VS.
                                                *

MOTEL 6 OPERATING
LIMITED PARTNERSHIP D/B/A                 *
MOTEL 6 - ELKTON
    Defendant                             *       Civil Action No.: JFM-03-CV-0010

        *   *   *   *   *   *   *   *   *   *   *   *

**AMENDED COMPLAINT AND ELECTION FOR JURY TRIAL**

TARA T. SPELLMAN, Plaintiff, by her attorneys, Allen G. Windsor and Hickey & Windsor, P.A., sues the Defendant, Motel 6 Operating Limited Partnership D/B/A MOTEL 6-ELKTON (Counsel for this Defendant having consented to the correction of the name of the Defendant and having waived formal service on this Defendant), and for her cause of action says:

COUNT ONE

1. That on or about December 16, 1999, the Plaintiff was a guest at the Defendant's business establishment located at 6223 Belle Hill Road, Elkton (Cecil County), State of Maryland.

2. That on or about December 16, 1999, at approximately 4:00 p.m., two (2) unknown black males did enter the Plaintiff's room without her permission and, at that time and place, did forcibly assault and did rape the Plaintiff and did then and there sexually assault and sodomize her with a broomstick.

3. That the assault that took place upon the Plaintiff's person and the injuries and damages she sustained as a result thereof were the result of and attributable to the negligence, carelessness and recklessness of the Defendant, its agents, servants and employees in that one of

the employees of the Defendant did, without the Plaintiff's knowledge or permission, give one of the assailants a key to the Plaintiff's room; and the Defendant, its agents, servants and employees did otherwise fail to exercise ordinary and reasonable care for the safety, security and well being of the Plaintiff as a business invitee.

4. That as a result of said assault upon her person, the Plaintiff became seriously, painfully, and permanently hurt, wounded and injured in and about her head, body and limbs, suffered and will continue to suffer a sever jolting shock to her nerves and nervous system, was caused and continues to be caused to suffer and endure extreme physical pain and mental anguish, was and continues to be precluded from engaging in her usual occupation, activities and pursuits, has incurred expenses for her medical care and treatment and is and still will continue to be otherwise hurt, wounded, injured and damaged.

5. That at all times herein mentioned, the Plaintiff exercised ordinary and reasonable care for her own safety and well being.

WHEREFORE, this suit is brought and the Plaintiff prays judgment against the Defendant for compensatory damages in the amount of Two Million Dollars ($2,000,000.00)

_____
Allen G. Windsor    #03267
P.O. Box 186
2010 Pulaski Highway
Edgewood, MD 21040
410-676-4200 / 410-679-4466
e-mail:  allenwindsor@comcast.net

ELECTION OF JURY TRIAL

TARA T. SPELLMAN, Plaintiff, hereby elects to have her case tried before a jury.

                                Allen G. Windsor
                                Attorney For Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2003, a copy of the foregoing Amended Complaint and Election of Jury Trial was mailed, postage prepaid to the following:

Scott H. Phillips, Esq.
250 West Pratt Street, 16th Floor
Baltimore, MD 21201

David R. Noteware, Esq.
1700 Pacific Street, Suite 3300
Dallas, Texas 75201-4693

                                Allen G. Windsor
                                Hickey & Windsor, P.A.
                                P.O. Box 186
                                Edgewood, MD 21040
                                410-676-4200 / 410-679-4466
                                Attorney for Plaintiff