IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARA T. SPELLMAN | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.: JFM-03-CV-0010 |
| | : | |
| MOTEL 6 OPERATING LIMITED PARTNERSHIP | : | |
| | : | |
| | : | |
| Defendant | : | |

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT

Motel 6 Operating Limited Partnership ("Motel 6"), Defendant, by and through undersigned counsel, hereby answers the Amended Complaint. Responding to the individually numbered paragraphs of the Amended Complaint, Motel 6 responds as follows:

1. Motel 6 admits the allegation set forth in Paragraph 1 of the Amended Complaint, but notes that the correct address of its establishment is 223 Belle Hill Road.

2. Motel 6 has insufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Amended Complaint and therefore denies them.

3. Motel 6 denies the allegations set forth in Paragraph 3 of the Amended Complaint.

4. Motel 6 has insufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Amended Complaint and therefore denies them.

5. Motel 6 has insufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraph 5 of the Amended Complaint and therefore denies them.

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim against Defendant upon which relief can be

granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of contributory negligence.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of assumption of the risk.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of release.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of accord and satisfaction.

Defendant Motel 6 Operating Limited Partnership prays that the Court dismiss the Amended Complaint with prejudice and that it be awarded its costs in defending this suit, including reasonable attorney's fees, and such further relief as the Court deems proper.

Respectfully submitted,

*/s/ Scott H. Phillips*
Scott H. Phillips, #013244
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Counsel for the Defendant

<u>OF COUNSEL</u>
David Noteware, Esquire (admitted *pro hac vice*)
Thompson & Knight, LLP
1700 Pacific Avenue
Suite 3300
Dallas, Texas 75201
(214) 969-1432

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 30th day of April 2003 a true copy of the foregoing Defendant's Answer to Amended Complaint was filed and served electronically on all counsel of record.

             */s/ Scott H. Phillips*
             Scott H. Phillips

(B0340219.WPD;1)