IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TARA T. SPELLMAN<br>　　　　Plaintiff | * |
| | * |
| VS. | |
| | * |
| MOTEL 6 OPERATING<br>LIMITED PARTNERSHIP D/B/A<br>MOTEL 6 - ELKTON | * |
| 　　　　Defendant | *　　Civil Action No.: JFM-03-CV-0010 |

　　*　*　*　*　*　*　*　*　*　*　*　*

MOTION FOR LEAVE TO STRIKE APPEARANCE OF ATTORNEY
PURSUANT TO LOCAL RULE 101(2)

　Now Comes Allen G. Windsor and moves this Court to strike his appearance on behalf of the Plaintiff in the above-captioned case for the following reasons:

　1. Counsel certifies that on May 8, 2003, he sent a letter by first class mail, postage prepaid, to the Plaintiff, Tara T. Spellman, at her last know address, 1852 Simon Court, Edgewood, MD 21040, notifying her of counsel's intention to move to strike his appearance as her attorney in this case, and advising her to have new counsel enter an appearance on her behalf or, if she intends to conduct her case in proper person, to so notify the Clerk of the United States Federal District Court in writing pursuant to Local Rule 101(2).  A copy of the letter that was sent to the Plaintiff by counsel is attached as Exhibit 1.

　WHEREFORE, counsel prays this Honorable Court to grant him leave to strike his appearance as counsel of record on behalf of the Plaintiff in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Allen G. Windsor　　#03267
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 186
　　　　　　　　　　　　　　　　　　　　　　2010 Pulaski Highway
　　　　　　　　　　　　　　　　　　　　　　Edgewood, MD 21040
　　　　　　　　　　　　　　　　　　　　　　410-676-4200 / 410-679-4466

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this _____ day of _____, 2003, a copy of the foregoing Motion and Order was mailed, postage prepaid to the following:

Scott H. Phillips, Esq.
250 West Pratt Street, 16th Floor
Baltimore, MD 21201
Attorney for Defendant

David R. Noteware, Esq.
1700 Pacific Street, Suite 3300
Dallas, Texas 75201-4693
Attorney for Defendant

Tara T. Spellman
1852 Simon court
Edgewood, MD 21040
Plaintiff

                                                                          Allen G. Windsor

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TARA T. SPELLMAN<br>    Plaintiff | * |
| | * |
| VS. | * |
| | * |
| MOTEL 6 OPERATING<br>LIMITED PARTNERSHIP D/B/A<br>MOTEL 6 - ELKTON<br>    Defendant | *<br><br>*<br>Civil Action No.: JFM-03-CV-0010<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Upon the foregoing Motion for Leave to Strike Appearance of Attorney, it is this _____ day of _____, 2003, by one of the Judges of the United States Federal District Court

**ORDERED**, that the Motion for Leave to Strike the Appearance of Allen G. Windsor as attorney of record for Plaintiff, Tara T. Spellman, is hereby granted as prayed; and it is further

**ORDERED,** that the Clerk of this Court shall strike the appearance of Allen G. Windsor as attorney for the Plaintiff in the above matter; and it is further

**ORDERED,**  that the Plaintiff, Tara T. Spellman, shall employ new counsel or notify the Clerk of this Court of her intent to proceed in proper person.

_____
Judge

LAW OFFICES OF
# HICKEY & WINDSOR, P.A.
P.O. Box 186
2010 Pulaski Highway
Edgewood, MD 21040

MICHAEL C. HICKEY, JR. COL. USMCR (Ret)
ALLEN G. WINDSOR

email: hwlaw@comcast.net

Phone: 410-676-4200
Baltimore Line: 410-679-4466
Fax: 410-679-1339

Website:
www.hickeywindsor.com

May 8, 2003

Ms. Tara T. Spellman
1852 Simon Court
Edgewood, MD 21040

    Re:  Spellman vs. Motel 6 Operating Limited Partnership

Dear Tara:

    Please be advised that I intend to file a Motion to Strike my appearance in your case five days from the date of this letter.

    Please be advised that you have the right to obtain the services of another attorney and have said attorney enter his/her appearance on your behalf; or you may notify the clerk of the Federal District Court in writing of your intention to proceed in proper person.

    Should you have any questions concerning this matter, please do not hesitate to contact me.

                                      Very truly yours

                                      Allen G. Windsor

AGW/pw

cc: Melodye L. Thomas
    3149 Birch Brook Lane
    Abingdon, MD 21009