IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TARA T. SPELLMAN            *
   Plaintiff

VS.

MOTEL 6 OPERATING
LIMITED PARTNERSHIP D/B/A
MOTEL 6 - ELKTON
   Defendant                         Civil Action No.: JFM-03-CV-0010

* * * * * * * * * * *

## ORDER

Upon the foregoing Motion for Leave to Strike Appearance of Attorney, it is this 16th day of May, 2003, by one of the Judges of the United States Federal District Court

**ORDERED**, that the Motion for Leave to Strike the Appearance of Allen G. Windsor as attorney of record for Plaintiff, Tara T. Spellman, is hereby granted as prayed; and it is further

**ORDERED**, that the Clerk of this Court shall strike the appearance of Allen G. Windsor as attorney for the Plaintiff in the above matter; and it is further

**ORDERED**, that the Plaintiff, Tara T. Spellman, shall employ new counsel or notify the Clerk of this Court of her intent to proceed in proper person.

/s/
Judge