IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARA T. SPELLMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: JFM-03-CV-0010 |
| | § | |
| ACCOR NORTH AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO STRIKE APPEARANCE OF ATTORNEY**

COMES NOW Motel 6 Operating, L.P., Defendant, and files this its response to the Motion for Leave to Allow Alan G. Windsor to withdraw as counsel of record for Plaintiff, Tara T. Spellman, and in response would say the following:

Defendant Motel 6 has no objection to Mr. Windsor's withdrawing as counsel of record for Plaintiff. That being said however, Defendant feels compelled to explain to the Court the situation in which it finds itself. On March 11 Defendant served upon Plaintiff discovery requests in the form of interrogatories and requests for production of documents. Answers were due within thirty days thereafter pursuant to the rules, but to this date no answers or objections have been filed. The deposition of Plaintiff was scheduled in Mr. Windsor's office for Wednesday, May 21. The deposition date and time was reached by agreement between counsel. Defense counsel pointed out to Mr. Windsor that discovery responses had not been filed and Mr. Windsor indicated he was aware that responses were needed prior to the deposition date. The deposition of a former employee of Defendant was requested by Mr. Windsor and it was scheduled by agreement to be taken on the same day. Mr. Windsor has now cancelled Plaintiff's deposition since he cannot ensure that Plaintiff will appear. Further he has indicated that he no longer wishes to take the deposition of Defendant's

former employee. Counsel for Defendant therefore will not be flying from Texas to Maryland for these depositions.

Defendant is faced with a Scheduling Order that was entered by this Court on March 17, 2003. Orderly discovery in this case has been frustrated because of the apparent lack of cooperation between Plaintiff and Plaintiff's counsel.

As this Court has granted Plaintiff's counsel's motion for leave to withdraw, Defendant would respectfully request and move this Court to require Plaintiff to, either pro se or through new counsel and within a reasonable period of time, answer outstanding discovery and make herself available for deposition at a time convenient for her and counsel for Defendant. If Plaintiff continues with her recalcitrant conduct, Defendant would respectfully request the Court give her notice that her cause will be dismissed.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays as set forth above.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: */s/David R. Noteware*
David R. Noteware (admitted pro hac vice)
Texas State Bar No. 15118000
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1432
(214) 999-1543 Facsimile

SEMMES, BOWEN & SEMMES,
A PROFESSIONAL CORPORATION
Scott Hamilton Phillips
Federal Bar No. 013244
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040
(410) 539-5223 Facsimile

ATTORNEYS FOR DEFENDANT
MOTEL 6 OPERATING L.P.

## CERTIFICATE OF SERVICE

I hereby certify that I have filed electronically and served all counsel and pro se parties in this action with a copy of the pleading herein below specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:   Defendant's Response to Plaintiff's Motion
 for Leave to Strike Appearance of Attorney

Persons Served:

Allen G. Windsor
Hickey & Windsor, P.A.
P.O. Box 186
Edgewood, MD 21040

Tara T. Spellman, pro se
1852 Simon Court
Edgewood, MD 21009

*/s/ Scott H. Phillips*
Scott H. Phillips

May 20, 2003

(B0344666.WPD;1)